NUMBER 13-07-334-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________________


ROCKY LEE VELA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

___________________________________________________________ 


On appeal from the 156th District Court


of Bee County, Texas.


_____________________________________________________________


MEMORANDUM OPINION





Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam





 Appellant, ROCKY LEE VELA, attempts to appeal a conviction for engaging in
organized criminal activity. The trial court has certified that this "is a plea-bargain case,
and the defendant has NO right of appeal." See Tex. R. App. P. 25.2(a)(2).

 On June 28, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On July 17, 2007, counsel filed a letter brief with this Court. Counsel's response
does not establish (1) that the certification currently on file with this Court is incorrect or (2)
that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 9th day of August, 2007.